# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| **In the Matter of the Search of**<br>USPS International Express package **EE945089245MX** addressed to "DALE HOWARD 8121 ALLEN AVENUE OVERLAND, MO 63114," with a return address of "ORLANDO ZAZUETA SOTO MONTE CARNELO #5730 FRACC. BILLA BONiTA CuliACAn, Sinaloa 80199." | Case No. 4:19 MJ 5301 NAB |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____EASTERN_____ District of _____MISSOURI_____
*(identify the person or describe the property to be searched and give its location)*:

USPS International Express package **EE945089245MX** addressed to "DALE HOWARD 8121 ALLEN AVENUE OVERLAND, MO 63114," with a return address of "ORLANDO ZAZUETA SOTO MONTE CARNELO #5730 FRACC. BILLA BONiTA CuliACAn, Sinaloa 80199."I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled Substances and/or United States Currency

**YOU ARE COMMANDED** to execute this warrant on or before _____September 9, 2019_____ *(not to exceed 14 days)*
✓ in the daytime 6:00 a.m. to 10:00 p.m.   ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to_____Nannette A. Baker_____.
*(United States Magistrate Judge)*

❏   Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of _____.

Date and Time issued:  8/27/19 at 11:36 AM     _____[signature]_____
                                                *Judge's signature*

City and State:   St. Louis, MO                  Honorable Nannette A. Baker, U.S. Magistrate Judge
                                                *Printed name and title*

**SAUSA:**   _____NAUMAN WADALAWALA_____

# Return

| Case No.: 4:19 MJ 5301 NAB | Date and time warrant executed: 8-27-19 1205 | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of:

Jared Rubland

Inventory of the property taken and name of any person(s) seized:

- Express package
- Six plastic containers
- Plastic bags
- Aluminum foil
- Approximately 15 lbs., 11.4 oz's of methamphetamine

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8-27-19

*Executing officer's signature*

Jordan Wicks, U.S. Postal Inspector
*Printed name and title*